**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Evan Arthur Hook, et al., | No. CV 73-0097-PHX-SMM |
| Plaintiff, | **ORDER** |
| vs. | |
| State of Arizona, et al., | |
| Defendants. | |

Pending before the Court is a Request for an Order of Joinder and Directive for Copies filed by Rick A. Foley (Dkt. 857). On September 9, 2003, the Court granted motions to vacate the consent decree and to dismiss the lawsuit, terminating the case (Dkt. 777). The Court later denied motions filed by various plaintiffs who sought to alter or amend or for relief from that judgment. (See, e.g., Dkt. 788.) The Court also denied motions by non-parties to the action who sought relief from the final judgment, and those denials were upheld on appeal by the Ninth Circuit. (Dkt. 849.) Additionally, no class was ever finally certified, as required by a 1994 court order (See id.). Thus there is no case for Mr. Foley to join.

Accordingly,

**IT IS HEREBY ORDERED** denying Mr. Foley's motion for an order of joinder (Dkt. 857).

DATED this 29th day of November, 2007.

Stephen M. McNamee
United States District Judge